```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  SAMUEL BRAY,                        No. 2:02-cv-2540-MCE-PAN-P
12           Petitioner,
13       v.                             ORDER
14  D. RUNNELS, Warden,
15           Respondent.
16  _____/
```

17  Petitioner, a state prisoner proceeding pro se, has filed an
18 Application for a Writ of Habeas Corpus pursuant to 28 U.S.C.
19 § 2254.  The matter was referred to a United States Magistrate
20 Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General
21 Order No. 262.
22  On March 8, 2006, the magistrate judge filed Findings and
23 Recommendations herein which were served on all parties and which
24 contained notice to all parties that any Objections to the
25 Findings and Recommendations were to be filed within fourteen
26 (14) days.

1

1  Neither party has filed Objections to the Findings and
2  Recommendations.
3      Although it appears from the file that Petitioner's copy of
4  the Findings and Recommendations were returned, Petitioner was
5  properly served.  It is the Petitioner's responsibility to keep
6  the Court apprised of his current address at all times.  Pursuant
7  to Local Rule 83-182(f), service of documents at the record
8  address of the party is fully effective.
9      The Court has reviewed the file and finds the Findings and
10 Recommendations to be supported by the record and by the
11 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
12 that:
13     1.  The Findings and Recommendations filed March 8, 2006,
14 are adopted in full; and
15     2.  Petitioner's Application for a Writ of Habeas Corpus is
16 denied.
17 DATED: March 30, 2006

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE